DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LLOYD ANTONIO NEAL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-841

_____

September 15, 2021

Appeal from the Circuit Court for Pinellas County; Philip J.
Federico, Judge.

Howard L. Dimmig, II, Public Defender, and Maureen E. Surber,
Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Kiersten E.
Jensen, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


CASANUEVA, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.